# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff, | ) ) ) | Case No. 1:04-cr-00464-6 |
| v. | ) ) | Judge Elaine E. Bucklo |
| Corey Evans, | ) ) | |
|     Defendant. | ) | |

## ORDER

Defendant's motion for a reduced sentence under Section 404 of the First Step Act is granted. A reduced sentence of TIME SERVED is now imposed. All of the other terms and conditions of the previous judgment remain unchanged. Defendant should be released immediately. Amended Judgment Order to follow.

ENTER:

_____
Judge Elaine E. Bucklo
United States District Court
Northern District of Illinois

Date: October 18, 2019